KAWASHIMA LAW GROUP LLLC

JARED N. KAWASHIMA        6289
CHRISTIN D. WEHRSIG       10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii  96813
Telephone:  (808) 524-0030
Facsimile:  (808) 369-8396
E-mail: jared@klghawaii.com

Attorneys for Plaintiffs
TRUSTEES OF THE PAMCAH-UA
LOCAL 675 TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 ) PENSION FUND, by its Trustees, ) Reginald V. Castanares, Jr., ) Valentino B. Ceria, Matthew J. Brady, ) Kent A. Matsuzaki, Mark K. Suzuki, ) Samuel T. Fujikawa; PAMCAH-UA ) LOCAL 675 ANNUITY FUND, by ) its Trustees, Reginald V. Castanares, ) Jr., Valentino B. Ceria, Matthew J. ) Brady, Kent A. Matsuzaki, Mark K. ) Suzuki, Samuel T. Fujikawa; ) PAMCAH-UA LOCAL 675 ) HEALTH & WELFARE FUND, by ) its Trustees, Reginald V. Castanares, ) Jr., Valentino B. Ceria, Matthew J. ) Brady, Kent A. Matsuzaki, Mark K. ) Suzuki, Samuel T. Fujikawa; ) PAMCAH-UA LOCAL 675 ) VACATION & HOLIDAY FUND, ) by its Trustees, Reginald V. ) Castanares, Jr., Valentino B. Ceria, ) Matthew J. Brady, Kent A. Matsuzaki, ) | CIVIL NO. 15-00030-DKW-RLP<br><br>NOTICE OF DISMISSAL WITH PREJUDICE REGARDING COMPLAINT FILED ON JANUARY 28, 2015<br><br><br>SCHEDULING CONFERENCE<br>Date:  September 23, 2015<br>Time:  10:00 a.m.<br>Judge:  Honorable Richard L. Puglisi<br><br><br>(Caption continued on next page) |

Mark K. Suzuki, Samuel T. Fujikawa;　)
PAMCAH-UA LOCAL 675　)
TRAINING FUND, by its Trustees,　)
Reginald V. Castanares, Jr., Valentino　)
B. Ceria, Matthew J. Brady, Kent A.　)
Matsuzaki, Mark K. Suzuki,　)
Samuel T. Fujikawa; PAMCAH-UA　)
LOCAL 675 COOPERATION　)
FUND, by its Trustees, Reginald V.　)
Castanares, Jr., Valentino B. Ceria,　)
Matthew J. Brady, Kent A. Matsuzaki,　)
Mark K. Suzuki, Samuel T. Fujikawa;　)
IMI LOA FOUNDATION, a Hawaii　)
nonprofit corporation, and　)
PLUMBING & MECHANICAL　)
CONTRACTORS ASSOCIATION　)
OF HAWAII, by and through their　)
Administrator, FRANCIS CHUN,　)
　)
　　　　Plaintiffs,　)
　)
　　vs.　)
　)
RELIABLE FIRE PROTECTION,　)
INC., a Hawaii corporation; JAMES　)
STRIKER, individually; JOHN DOES　)
1-10; JANE DOES 1-10; DOE　)
CORPORATIONS 1-10; DOE　)
PARTNERSHIPS 1-10; DOE　)
GOVERNMENTAL AGENCIES 1-　)
10, DOE TRUSTS 1-10,　)
　)
　　　　Defendants.　)
_____　)

## NOTICE OF DISMISSAL OF COMPLAINT FILED ON JANUARY 28, 2015

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, notice is hereby given by Plaintiffs PAMCAH-UA LOCAL 675 TRUST FUNDS by its Trustees, that this action is hereby dismissed with prejudice. No answer or motion for summary judgment has been filed in this case. There are no remaining parties or claims.

DATED: Honolulu, Hawaii, September 14, 2015.


          /s/ Jared N. Kawashima
JARED N. KAWASHIMA
CHRISTIN D. WEHRSIG
Attorneys for Plaintiffs
PAMCAH-UA LOCAL 675
TRUST FUNDS

In the United States District Court For The District Of Hawaii; Civil No. 15-00030 DKW-RLP; PAMCAH-UA LOCAL 675 PENSION FUND, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa, et al., vs. Reliable Fire Protection, Inc., a Hawaii corporation, et al.; *Notice of Dismissal with Prejudice Regarding Complaint filed on January 28, 2015.*

3